UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DAISY V.S.T. <br><br> Plaintiff, <br><br> vs., <br><br> COMISSIONER SOCIAL SECURITY, <br> Defendant. | Civil No. 3:20-cv-02091-CL <br><br> ORDER TO PAY <br> EAJA FEES |

CLARKE, Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's response, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $ 12,998.42 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); and in addition, Plaintiff is awarded $10.00 for postage expenses, so that the total amount awarded equals $13,008.42. Any check issued for EAJA fees or for expenses shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this \_\_\_2\_\_\_ day of August, 2022

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE