UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DAISY V.S.T.<br><br>Plaintiff,<br><br>vs.,<br><br>COMISSIONER SOCIAL SECURITY,<br>Defendant. | Civil No. 3:20-cv-02091-CL<br><br>ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406 (B) |

CLARKE, Judge:

Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b), is hereby GRANTED, and Plaintiff's counsel is awarded $24,322.50 under 42 U.S.C. § 406(b). Previously, this Court awarded Plaintiff EAJA fees in the amount of $13,008.42 and supplemental EAJA fees in the amount of $2,731.58 (altogether totaling $15,740.00), to be paid to Plaintiff's attorney, Ms. Meserow, after the satisfaction of Plaintiff's debts under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, when issuing the 406(b) fee check for payment to Plaintiff's counsel, the Commissioner is directed to subtract the $15,740.00 previously paid, and to send Ms. Meserow the remaining balance of $8,582.50[1], less any applicable processing fee prescribed by law.

Generally, payment of fees is from the claimant's withheld past-due benefits. If the Commissioner has not withheld past-due benefits sufficient to satisfy this order, in the event Plaintiff's attorney reports she is unable to collect the fee from the claimant, the Commissioner will

---

[1] $24,322.50 - $15,740.00 = $8,582.50

satisfy this order via the procedures in the Program Operation Manual System (POMS) GN 03920.055.C, in accordance with agency policy.

The § 406(b) check payable to Ms. Meserow should be mailed to Nancy J. Meserow, Law Office of Nancy J. Meserow, 7540 SW 51st Avenue, Portland, OR 97219.


**IT IS SO ORDERED** this ___16___ day of __December, 2024.__

_____
UNITED STATES MAGISTRATE JUDGE, MARK D. CLARKE