UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DAISY V.S.T.<br><br>    Plaintiff,<br><br>    vs.,<br><br>COMISSIONER SOCIAL<br>    SECURITY,<br>Defendant. | Civil No. 3:20-cv-02091<br><br><br>ORDER FOR SUPPLEMENTAL<br>ATTORNEY FEES<br>UNDER 42 U.S.C § 406 (B) |

CLARKE, United States Magistrate Judge:

Plaintiff's Supplemental Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b), is hereby GRANTED,   and Plaintiff's counsel is awarded a further $12,154.00 under 42 U.S.C. § 406(b). Previously, this Court awarded Plaintiff's counsel 406b fees in the total amount of  $24, 322.50, less previously paid total EAJA fees in the amount $15,740.00, resulting in a net attorney fee award  to be paid to Plaintiff's attorney, Ms. Meserow, in the amount of $8,582.50, less any applicable processing fee prescribed by law, and Ms. Meserow received that payment. A supplemental attorney fee under 42 U.S.C. § 406(b) in the amount of  $12,154.00 is now awarded and ordered to be paid in addition to the prior net fee previously awarded and satisfied.

Generally, payment of fees is from the claimant's withheld past-due benefits. If the Commissioner has not withheld past-due benefits sufficient to satisfy this supplemental order, in the event Plaintiff's attorney reports she is unable to collect the fee from the claimant, the Commissioner will satisfy this order via the procedures in the Program Operation Manual System (POMS) GN

ORDER to pay Supplemental 406b fees– 3:20-cv-02091-CL                     Page 1

03920.055.C, in accordance with agency policy.

The supplemental §406(b) check payable to Ms. Meserow should be mailed to Nancy J. Meserow, Law Office of Nancy J. Meserow, 7540 SW 51st Avenue, Portland, OR 97219.

**IT IS SO ORDERED** this _____ day of April, 2025.

MARK D. CLARKE
United States Magistrate Judge